CSD1187
07/05

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Sam Kholi**
301 Searidge Drive
La Jolla, CA 92037

Social Security No.:   xxx–xx–4501
*Debtor: No Known Aliases*

Case number:  13–09448–MM11
Chapter:  11
Judge  Margaret M. Mann

# NOTICE OF

YOU ARE HEREBY NOTIFIED that the on the above entitled proceeding to wit:

**MOTION TO EMPLOY BOY CONTRERAS, APC FILED BY DEBTOR**

has been set for 11/21/13 at 03:00 PM, in Courtroom 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6989.

Dated:  11/6/13

Barry K. Lander
Clerk of the Bankruptcy Court