1  Dolores Contreras / SBN 257230
   Thomas D. Georgianna / SBN 242115
2  Boyd Contreras, APC
   402 West Broadway, Suite 1500
3  San Diego, CA 92101
   TEL: (619) 238-5657
4  FAX: (619) 819-4312

5  [Proposed] Counsel for Sam Kholi.

6

7  **IN THE UNITED STATES BANKRUPTCY COURT**

8  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

9

| 10 | In re: SAM KHOLI | Chapter 11 |
| 11 | Debtor. | Case No.: 13-09448-MM11 |
| 12 | | **STATUS REPORT** |
| 13 | | Date: November 21, 2013 |
| 14 | | Time: 3:00 p.m. |
|    | | Courtroom: 1 |
| 15 | | Judge: Hon. Laura S. Taylor |

16
17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

**STATUS REPORT**

Sam Kholi, debtor and debtor-in-possession in the above-captioned case ("Debtor"), files the following Status Report in connection with the Chapter 11 Status Conference scheduled for November 21, 2013.

**1.    BACKGROUND**

On September 25, 2013, the Debtor filed a voluntary chapter 11 case in the United States Bankruptcy Court, Southern District of California (the "Case"). No trustee has been appointed in the Case. No official committee of unsecured creditors has been appointed in the Case. Debtor continues to maintain possession of a piece of real estate, as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

**2.    REORGANIZATION EFFORTS**

The Debtor's goal in the reorganization process are twofold: first Debtor desires to work with creditors towards a feasible plan while continuing to operate its business; second, Debtor desires to bring an action for constructive trust to recover for the estate additional assets presently held in the name of other individuals.

Debtor has had some contact (through counsel) with creditors. Debtor is still in the process of evaluating the various debts and associated options.

**3.    CREDITOR/LENDOR RELATIONS**

Banc of California, N.A. ("BofC"), one of Debtor's larger creditors has been in discussion with Debtor about how to treat real property that Debtor controls. However, BofC and debtor have been unable to come to an agreement on the matter, and BofC has filed a motion for relief from Stay.

Debtor was taken into custody by the U.S. Marshall service, and will be appearing before Judge Walter S. Smith, Jr., in the Western District of Texas, Waco Division for a contempt hearing resulting from Debtor's failure to attend a hearing in W-08-CV-105 (a civil action to enforce a judgment debt) after the filing of this bankruptcy, and after one of the participants gave notice to that court of the filing of this bankruptcy. Debtor anticipates this matter being resolved in the near future.

2
**STATUS REPORT**

**4.    BUSINESS MATTERS**

Debtor intends to assert an equitable interest in assets and businesses currently in the name of others. As Debtor is not in possession of those assets or businesses at this time, Debtor has nothing to report.

**5.    CASE ADMINISTRATIVE MATTERS**

On November 19, 2013, a continued meeting of creditors will be held.

On November 21, 2013, Debtor's application to employ Boyd Contreras, APC will be heard.

January 10, 2014 is the claims bar date in this matter.

Debtor plans on employing special counsel to pursue claims for constructive trust to recover assets.

Debtor has not yet given authorization for the mediation process pursuant to local bankruptcy rule 7016-6. Counsel and Debtor plan on discussing this option further. However, mediation will not be feasible until Debtor can begin generating revenue.

The Debtor is presently current on his Monthly Operating Reports.

Dated: November 12, 2013                                BOYD CONTRERAS, APC

By:    __/S/ Dolores Contreras_____
Dolores Contreras, Esq.
Thomas D. Georgianna, Esq.
[Proposed] Attorneys for Sam Kholi